# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| DWIGHT MILLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-01281-STA-egb |
| ) | |
| KEVIN GENOVESE, ) | |
| ) | |
| Respondent. ) | |

## ORDER DIRECTING PARTIES TO SUBMIT ADDITIONAL BRIEFING

Before the Court is Dwight Miller's *pro se* habeas corpus petition (the "Petition"), filed pursuant to 28 U.S.C. § 2254. (ECF No. 1.) In Claim 52 of the Petition, Miller asserts that the state appellate court unreasonably determined that the admission of Katherine Blackwell's prior testimony at the second trial did not violate his constitutional right of confrontation. (ECF No. 1 at 28; ECF No. 1-3 at 58.) In his answer, Respondent argues that the claim is without merit. (ECF No. 23 at 48.) Because neither party addressed the controlling test announced in *Crawford v. Washington*, 541 U.S. 36 (2004), both parties shall submit additional briefing on Claim 52, not to exceed four (4) pages. Petitioner's supplemental brief is due no later than twenty-eight (28) days from entry of this order, and Respondent's supplemental brief shall be filed no later than twenty-eight (28) days after Petitioner's brief is received and docketed by the Clerk of Court.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: March 19, 2019

1